Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX. 78711

RE: WR 79,966-06
Cause 14722
39th District Court
Palo Pinto County Texas

James Sexton
17 87503
Robertson Unit
12071 F.M. 3522
Abilene, TX.
79601

79,966-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

All of my files regarding the above case were destroyed by accident. Please send a copy of the paperwork and the responses of the trial court, especially the affidavit by Mr. Phillip Gregory, supplied to the prosecutor of Palo Pinto County.

Due to new law I may need to prepare a new Writ of Habeas Corpus application and the affidavit in particular is of most importance.

Respectfully,

James Sexton

6-1-2015